DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ADKINS

No. 439P94

Case below: 101 N.C.App. 430

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

STATE v. COLE

No. 408P94

Case below: 115 N.C.App. 730

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE v. FREEMAN

No. 421P94

Case below: 115 N.C.App. 730

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.

STATE v. HOLDER

No. 367P94

Case below: 115 N.C.App. 399

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994. Petition by defendant for writ of certiorari to review the order of the Superior Court, Guilford County, denied 8 December 1994.

STATE v. MILLER

No. 67A93

Case below: 85CRS18803 Robeson County

Motion by defendant for appropriate relief and motion for supplemental briefing denied 8 December 1994.